IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SAULSBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:20-cv-740-JTA |
| | ) | (WO) |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Before the Court is Plaintiff's Motion for Attorney's Fees filed pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. No. 21.) The plaintiff is the prevailing party in this litigation and seeks fees in the amount of $2,790.57. Defendant Commissioner of Social Security ("Commissioner") has informed the court that she does not object to a fee award in this amount. (Doc. No. 24.)

On May 5, 2008, the Eleventh Circuit Court of Appeals decided *Reeves v. Astrue*, 526 F.3d 732 (11th Cir. 2008), wherein the Court unambiguously held that "attorney's fees are awarded to the prevailing party, not to the prevailing party's attorney." *Id*. at 738. On June 14, 2010, the United States Supreme Court decided *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010), wherein the Court also unambiguously held that attorney's fees are awarded to the prevailing litigant – not to prevailing litigant's attorney – and are therefore also subject to any offset for debts. Accordingly, upon consideration of the motion, the Commissioner's response thereto, and for good cause, it is hereby

ORDERED as follows:

1. The Motion for Attorney's fees pursuant to the Equal Access to Justice Act (Doc. No. 21) is GRANTED.

2. The plaintiff is hereby AWARDED fees in the amount of $2,790.57.

3. The check shall be mailed to Christopher Saulsberry c/o Anna King, Ludlum and King, P.O. Box 1809, Auburn, Alabama 36831.

DONE this 27th day of September, 2021.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE